STATE OF NEW JERSEY v. DAVID WILSON.

February 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. MARK VASSOS.

February 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ABRAHAM SMALLS.

February 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD F. FREEMAN.

February 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. FRED HICKS.

February 21, 1989.

Petition for certification denied.